DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**D.B. Sr.**, the father,
Appellant,

v.

**DEPARTMENT OF CHILDREN & FAMILIES,**
Appellee.

No. 4D18-845

[May 31, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 50-2017-DP-000558-XXXX-MB.

Gary L. Pickett, West Palm Beach, for appellant.

Andrew Feigenbaum of Children's Legal Services, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, TAYLOR and LEVINE, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*